IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARLTON SHAINE POWELL,

    Petitioner,

vs.                                                          CASE NO. 4:11-cv-521-SPM/WCS

ERIC H. HOLDER, JR. et al.,

    Respondents.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 12). Petitioner has been afforded an opportunity to file objections. No objections were filed. Upon consideration, I have determined that the Report and Recommendation is correct and should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 12) is **adopted** and incorporated by reference into this order.

2. The Petition for Writ of Habeas Corpus (doc. 1) is **dismissed** because it was prematurely filed.

DONE AND ORDERED this 27th day of March, 2012.

                                                  *S/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  Senior United States District Judge